Dear:                                    83,476-01

Court of Criminal Appeals

My address has changed to:

6313 Kemp St
Wichita Fall 76308

My name is Darrell Stafford

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 30 2015
Abel Acosta, Clerk